```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MAERSK LINE,

        Plaintiff,

   v.                               Civil No. 18-11668 (NLH/KMW)

TJM INTERNATIONAL LIMITED       **ORDER**
LIABILITY COMPANY, and
MARSH AND ASSOCIATES SIGNING
SERVICES, LLC, and
CHERYL MARSH,

        Defendants.

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this __3rd__ day of _____July_____, 2019

    **ORDERED** that Plaintiff's Amended Motion for Default Judgment as to TJM International Limited Liability Company and Marsh and Associates Signing Services, LLC be, and the same hereby is, **GRANTED**; and it is further

    **ORDERED** that final judgment be entered in a separate document of even date pursuant to Federal Rules of Civil Procedure 58(a) against TJM International Limited Liability Company and Marsh and Associates Signing Services, LLC, jointly and severally, in the principal damage amount of $62,427.50 plus $489.99 in costs and disbursements; and it is further

**ORDERED** that Plaintiff shall file a supplemental brief concerning attorney's fees within fourteen (14) days of this order.

|                        | Noel L. Hillman         |
|------------------------|-------------------------|
| At Camden, New Jersey  | NOEL L. HILLMAN, U.S.D.J. |